**UNITED STATES BANKRUPTCY COURT**
**District of Connecticut**

In Re: Harold E. Cole
      Debtor(s)

Bankruptcy Case No.: 10–50091

**ORDER UPON CONVERSION OF CASE UNDER**
**CHAPTER 11 TO CASE UNDER CHAPTER 7**

_____ The debtor in possession has filed a motion in accordance with 11 U.S.C.§ 1112(a) seeking to convert this case to a case under chapter 7 of the Bankruptcy Code (Title 11 of the United States Code). The court finds that the case is not an involuntary case originally commenced under chapter 11, and that the case has not been previously converted to a case under chapter 11 on other than the debtor's request.

X_____ A party in interest other than the debtor has filed a motion in accordance with 11 U.S.C. §1112(b) seeking to convert the case to a case under chapter 7 of the Bankruptcy Code (Title 11 of the United States Code). The court finds, after notice and a hearing, that the motion should be granted.

IT IS ORDERED THAT:

1. This chapter 11 case is converted to a case under chapter 7.

2. The debtor in possession or the chapter 11 trustee shall:
   (a) forthwith turn over to the chapter 7 trustee all records and property of the estate under its custody and control as required by Bankruptcy Rule 1019(4); and
   (b) within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a schedule of all unpaid debts incurred after the commencement of the chapter 11 case as required by Bankruptcy Rule 1019(5).

3. The debtor, within 14 days of the date of this order, shall file the statements and schedules required by Bankruptcy Rules 1019(1)(A) and 1007(b), if such documents have not already been filed.

4. The debtor within 30 days of the date of this order shall, if the case is converted after the confirmation of a plan, file:
   (a) a schedule of all property not listed in the final report and account of the debtor in possession or chapter 11 trustee which was acquired after the confirmation of the chapter 11 case but before the entry of this conversion order;
   (b) a schedule of executory contracts entered into or assumed after the commencement of the chapter 11 case but before the entry of this conversion order; and
   (c) a schedule of unpaid debts not listed in the final report and account of the debtor in possession or chapter 11 trustee which were incurred after the commencement of the chapter 11 case but before the entry of this conversion order, as required by Bankruptcy Rule 1019(5); and
   (d) a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. §521(a)(2)(A) and Bankruptcy Rule 1019(1)(B), and conforming to Official Form 8.

Dated: February 5, 2015

*/s/ Alan H.W. Shiff*

Alan H.W. Shiff
United States Bankruptcy Judge