## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AHWS) |
| Debtor | ) | |
| | ) | JUNE 2, 2015 |

### APPLICATION FOR AUTHORITY TO EMPLOY
### ROBERT GLASS AUCTIONS, LLC, AS PERSONAL PROPERTY APPRAISER

To the HONORABLE ALAN H.W. SHIFF, Bankruptcy Judge:

Now comes Kara S. Rescia, the duly appointed, qualified and acting Trustee in the above-captioned proceedings, and moves this Honorable Court for an Order pursuant to §327(d) of the U.S. Bankruptcy Code ("Code") authorizing her to employ Robert Glass Auctions, LLC, as Appraiser for the reasons stated herein. In support of said Application, the Trustee respectfully represents as follows:

1. On January 15, 2010, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. On February 5, 2015, the case was converted to Chapter 7 and the undersigned was duly appointed the Chapter 7 Trustee and is currently serving in that capacity.

2. Immediately after learning of the conversion of this case to Chapter 7 and her appointment as Chapter 7 Trustee, the Trustee investigated into the assets of the debtor which include various parcels of real estate in Woodbury, Connecticut, consisting of raw land and properties with improvements thereon with mixed commercial and residential use and a mixed commercial and residential property in Wiscasset, Maine as well as a voluminous inventory of antiques which are located in various locations in Woodbury, Connecticut and Wiscasset, Maine (the "Antiques").

3. Shortly after conversion, the Trustee visited the debtor's Woodbury, Connecticut properties and viewed the inventory of Antiques at various locations in Woodbury.

Although the Debtor has provided certain hand-written information to the Trustee regarding the Antiques, there does not appear to exist a comprehensive inventory of the Antiques that can be easily traceable to each particular item.

4.   Accordingly the Trustee asked Robert Glass, of Robert Glass Auctions, LLC, an auctioneer and appraisal services firm with a principal place of business located at 289 Sterling Road, Sterling, Connecticut 06377, a local expert in the antiques industry ("Robert Glass"), to view the debtor's antiques in Woodbury, Connecticut. Although Robert Glass spent a considerable amount of time viewing the Antiques located in Woodbury and reviewed the documentation that was provide by the Debtor, it is necessary for Robert Glass and his employees to return to all of the Debtor's locations in Woodbury, Connecticut and in Wiscasset, Maine to perform a physical inventory of the antiques.

5.   The Trustee needs to determine the best way to liquidate the antiques for the purpose of determining whether it would be beneficial for the bankruptcy estate to conduct an auction sale with respect to the Antiques or whether some other method of liquidating the Antiques would be more advisable.

6.   Accordingly it is necessary for the Trustee to employ Robert Glass to inventory and appraise the Antiques. Robert Glass has agreed to provide such an appraisal on an expedited basis and will charge the estate the sum of $3,500.00 for the Antiques in Woodbury, Connecticut appraisal and the sum of $2,500.00 for the appraisal of the Antiques in Wiscasset, Maine and estimates associated expenses of $600.00 due to the voluminous collection of Antiques and the work involved. It has been represented to the Trustee that Robert Glass has many years of experience in preparing appraisals of personal property, antiques in particular.

7.    Accordingly, the Trustee seeks to employ Robert Glass to prepare and deliver to the Trustee a written appraisal of the Antiques of the Debtor, and further, seeks authority to pay Robert Glass fees not to exceed $6,000.00 and expenses up to $600.00 from estate funds upon the completion of those tasks. The Trustee is presently holding funds in this estate from a turnover of Debtor in Possession bank account funds, and therefore, which are more than adequate from which to pay for said appraisal services and which will benefit the estate to maximize the liquidation of the Antiques.

8.    To the best of the Trustee's knowledge, Robert Glass has no connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

**WHEREFORE**, the Trustee respectfully requests that this Court:

1. Authorize the employment of Robert Glass Auctions, LLC for the purpose of preparing and delivering a written appraisal of the Debtor's Antiques on the terms set forth herein; and

2. For such other and further relief as is just and proper.


Dated on June 2, 2015.


/s/ Kara S. Rescia
Kara S. Rescia, Trustee
Rescia & Katz, LLP
5104A Bigelow Commons
Enfield, CT 06082
Tel No. (860) 452-0052
Email: kara@ctmalaw.com
Federal Bar No.: CT18001

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AHWS) |
|     Debtor | ) | |
| | ) | MAY _15_, 2015 |

**AFFIDAVIT OF ROBERT GLASS**

1. I am a principal with Robert Glass Auctions, LLC, of 289 Sterling Road, Sterling, Connecticut. I hereby represent that I do not hold or represent any interest adverse to the estate of the abovenoted Debtor (11 U.S.C. Section 327). I further represent that no member of my firm holds or represents any interest adverse to the estate.

2. My, and my firm's connections with the Debtor, creditors, or other parties in interest, his respective attorneys and accountants (Federal Rule of Bankruptcy Procedure 2014(a)) are as follows: This firm was consulted by the Trustee in this case to perform appraisal services with respect to inventory, fixtures and equipment.

3. I hereby represent that I am and each member of my firm is a "disinterested person" (11 U.S.C. Section 327) as that term is defined in 11 U.S.C. Section 101(14).

4. I hereby represent that neither I nor any member of my firm is disqualified by reason of being a relative of a Judge of the United States Bankruptcy Court for the District of Connecticut, nor am I or any member of my firm disqualified by reason of being a relative of the United States Trustee for Region 2 (Federal Rule of Bankruptcy Procedure 5002).

5. I hereby represent that I have agreed not to share with any person the compensation to be paid for the services rendered in this case.

6. I have received no retainer in this case.

7. I shall amend this statement immediately upon any learning that: (a) any of the within representations are incorrect; or (b) there is any change of circumstances relating thereto. I have reviewed the provisions of D. Conn LBR 2016-1.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: May _15_, 2015

By: _Robert N Glass_
       Robert Glass
       Robert Glass Auctions, LLC
       289 Sterling Road
       Sterling, CT 06377
       (860) 608-8873

Subscribed and Sworn to before me, a Notary Public, in and for County of _Windham_ and State of Connecticut this _15th_ day of _May_ 20_15_
Notary Public

my Commission expires: 03/31/2018

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AHWS) |
|     Debtor | ) | |
| | ) | 2015 |

## ORDER AUTHORIZING TRUSTEE TO EMPLOY
## ROBERT GLASS AUCTIONS, LLC AS APPRAISER FOR ESTATE

Upon the application of Kara S. Rescia, Trustee in the above-captioned case ("Trustee") seeking the Court's approval of the retention of Robert Glass Auctions, LLC to perform appraisal services for the estate (hereinafter "Application"), having come before this Court and it appearing that said employment is in the best interest of the Estate and that Robert Glass Auctions, LLC does not represent or hold any interest adverse to the Debtor or to the estate with respect to the matter on which it is to be employed and does not have any connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee; it is hereby

**ORDERED** that the Trustee is authorized to employ Robert Glass Auctions, LLC as appraiser for the purpose of preparing and delivering a written appraisal of the Debtor's Antiques inventory with total fees not to exceed $6,000.00 and expenses up to $600.00, payment of which is subject to further Order of the Court.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AHWS) |
| Debtor | ) | |
| | ) | JUNE 2, 2015 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of June, 2015, in accordance with the Rules 7004(a), 9014 F.R. Bankr. P. I served a copy of the Application for Authority to Employ Robert Glass Auctions, LLC, as Personal Property Appraiser together with a copy of the Proposed Order to the following by this Court's CM/ECF system to those parties receiving transmission by CM/ECF and by US Mail, postage pre-paid, to those parties not receiving CM/ECF transmission as follows:

Office of the United States Trustee
Holley Claiborn, Esq.
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Debtor
Harold E. Cole
P.O. Box 310
Woodbury, CT 06798

John A. Lovetere, Executor
of the Estate of Nancy Lovetere
Denise M. Cloutier, Esq.
William C. Franklin, Esq.
Thomas W. Mott, Esq.
Cramer & Anderson, LLP
P.O. Box 278
Litchfield, CT 06759-0278

Counsel to Susan Balutis
David M. S. Shaiken, Esq.
David Shaiken LLC
P.O. Box 418
Storrs, CT 06268-0418
dshaiken@davidshaiken.com

Debtor's Counsel
James G. Verrillo, Esq.
Maximino Medina, Jr., Esq.
Zeldes Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601
jverrillo@zmclaw.com

Hunt Leibert Jacobson, P.C.
Linda J. St. Pierre, Esq.
50 Weston Street
Hartford, CT 06120

State of Connecticut, Dept. of Revenue Services
Maria A. Santos
Assistant Attorney General
P.O. Box 120
55 Elm Street, 4th Floor
Hartford, CT 06141-0120
Maria.Santos@ct.gov

Gregg D. Adler, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

United States Internal Revenue Service
Christine Sciarrino
Assistant United States Attorney
U.S. Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510

Counsel to Maryellen & Roger Simon
Daniel C. Burns, Esq.
Berdon, Young & Margolis, P.C.
132 Temple Street
New Haven, CT 06510

Counsel to Donna Lee Hamilton Lorrain & Patricia Stauble
Douglas M. Evans, Esq.
Kroll, McNamara, Evans & Delehanty, LLP
65 Memorial Road, Suite 300
West Hartford, CT 06107
bankr@kmelaw.com

Robert Glass Auctions, LLC
Robert Glass
289 Sterling Road
Sterling, CT 06377

/s/Kara S. Rescia
Kara S. Rescia