**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AHWS) |
| Debtor | ) | |
| | ) | DECEMBER 18, 2015 |

## APPLICATION TO COMPENSATE PERSONAL PROPERTY APPRAISER

TO THE HONORABLE JULIE A. MANNING, UNITED STATES BANKRUPTCY JUDGE:

In support of this application to compensate Auctioneer, Kara S. Rescia, Chapter 7 Trustee for the Estate of Harold E. Cole ("Trustee") hereby represents as follows:

1. On January 15, 2010, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. On February 5, 2015, the case was converted to Chapter 7 and the undersigned was duly appointed the Chapter 7 Trustee and is currently serving in that capacity.

2. Immediately after learning of the conversion of this case to Chapter 7 and her appointment as Chapter 7 Trustee, the Trustee investigated into the assets of the debtor which include various parcels of real estate in Woodbury, Connecticut, consisting of raw land and properties with improvements thereon with mixed commercial and residential use and a mixed commercial and residential property in Wiscasset, Maine as well as a voluminous inventory of antiques which are located in various locations in Woodbury, Connecticut and Wiscasset, Maine (the "Antiques").

3. On June 18, 2015, the Court entered an order authorizing the Trustee to employ Robert Glass Auctions, LLC as Personal Property Appraiser ("Glass") for the Trustee to appraise

the Antiques at a maximum rate of $6,000.00 for fees and $600.00 for expenses. A copy of the order is attached hereto as Exhibit "A".

4.  An Application to Increase Maximum Amount of Compensation Payable to Robert Glass Auctions, LLC is being filed simultaneously with the filing of this Application for Compensation, to increase the maximum amount of compensation allowed and includes the additional fees and expenses already incurred as a result of information relayed by the Debtor after the Application to Employ Order was issued that there was an additional warehouse to be appraised. As a result, the time commitment to fully appraise all Antiques had not been known to the Appraiser at the time that the original Order was issued for the Application to Employ Glass.

8.  Robert Glass Auctions, LLC provided the services as called for in the Application to Employ as Personal Property Appraiser filed on June 2, 2015 is therefore entitled to fees and expenses in the amount of $7,350.00 for fees and $732.96, subject to approval by the Court.

**WHEREFORE,** The Trustee seeks and order of this Court permitting her to pay the fee of $7,350.00 and expenses totaling $732.96 from the Estate to Robert Glass Auctions, LLC for its services and expenses in connection with the appraisal of the Antiques.

Dated at Enfield, Connecticut this 18th day of December, 2015.

                         Kara S. Rescia
                         Chapter 7 Trustee for the
                         Estate of Harold E. Cole

                         /s/ Kara S. Rescia
                         Kara S. Rescia, Trustee
                         Federal Bar No. CT18001
                         5104A Bigelow Commons
                         Enfield, CT 06082
                         Tel No. (860) 452-0052
                         Email: kara@ctmalaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AHWS) |
| Debtor | ) | |
| | ) | 2015 |

### ORDER APPROVING COMPENSATION OF PERSONAL PROPERTY APPRAISER

After due notice to parties in interest as directed in the Court's order heretofore entered, there came on for hearing the Trustee's Application to Compensate Personal Property Appraiser. After considering the application, and after finding no objection thereto, it is hereby

**ORDERED** that the Trustee is authorized to pay the sum of $7,350.00 to Robert Glass Auctions, LLC for services rendered by Robert Glass Auctions, LLC as well as $732.96 for reimbursement of its expenses in connection with the appraisal of the Antiques located at the Debtor's several locations in Woodbury, Connecticut and in Wiscasset, Maine which were among the assets of the Debtor's bankruptcy estate (collectively the "Antiques") upon the entry of this Order, subject to adjustment and disgorgement.



UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AHWS) |
| Debtor | ) | |
| | ) | |

## ORDER AUTHORIZING TRUSTEE TO EMPLOY
## ROBERT GLASS AUCTIONS, LLC AS APPRAISER FOR ESTATE

Upon the application of Kara S. Rescia, Trustee in the above-captioned case ("Trustee") seeking the Court's approval of the retention of Robert Glass Auctions, LLC to perform appraisal services for the estate (hereinafter "Application"), having come before this Court and it appearing that said employment is in the best interest of the Estate and that Robert Glass Auctions, LLC does not represent or hold any interest adverse to the Debtor or to the estate with respect to the matter on which it is to be employed and does not have any connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee; it is hereby

**ORDERED** that the Trustee is authorized to employ Robert Glass Auctions, LLC as appraiser for the purpose of preparing and delivering a written appraisal of the Debtor's Antiques inventory with total fees not to exceed $6,000.00 and expenses up to $600.00, payment of which is subject to further Order of the Court.

Dated: June 18, 2015                                     By the court

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AHWS) |
| Debtor | ) | |
| | ) | DECEMBER 18, 2015 |

## CERTIFICATE OF SERVICE

The undersigned Trustee hereby certifies that on December 18, 2015 in accordance with Rules 7004, 7005, and 9014 F.R. Bank. P., I served the following Application to Compensate Personal Property Appraiser for the Estate with Exhibit "A" on the parties listed below either electronically or via first class U.S. mail:

Office of the United States Trustee
Holley Claiborn, Esq.
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Debtor
Harold E. Cole
P.O. Box 310
Woodbury, CT 06798

John A. Lovetere, Executor
of the Estate of Nancy Lovetere
Denise M. Cloutier, Esq.
William C. Franklin, Esq.
Thomas W. Mott, Esq.
Cramer & Anderson, LLP
P.O. Box 278
Litchfield, CT 06759-0278

Counsel to Susan Balutis
David M. S. Shaiken, Esq.
Shipman, Shaiken & Schwefel, LLC
433 South Main Street, Suite 319
West Hartford, CT 06110
david@shipmanlawct.com

Gregg D. Adler, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

Debtor's Counsel
James G. Verrillo, Esq.
Maximino Medina, Jr., Esq.
Zeldes Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601
jverrillo@zmclaw.com

Hunt Leibert Jacobson, P.C.
Linda J. St. Pierre, Esq.
50 Weston Street
Hartford, CT 06120

State of Connecticut, Dept. of Revenue Services
Maria A. Santos
Assistant Attorney General
P.O. Box 120
55 Elm Street, 4th Floor
Hartford, CT 06141-0120
Maria.Santos@ct.gov

United States Internal Revenue Service
Christine Sciarrino
Assistant United States Attorney
U.S. Attorney's Office
915 Lafayette Boulevard, Room 309
Bridgeport, CT 06604

Counsel to Maryellen & Roger Simon
Daniel C. Burns, Esq.
Berdon, Young & Margolis, P.C.
132 Temple Street
New Haven, CT 06510

Counsel to Donna Lee Hamilton Lorrain & Patricia Stauble
Douglas M. Evans, Esq.
Kroll, McNamara, Evans & Delehanty, LLP
65 Memorial Road, Suite 300
West Hartford, CT 06107
bankr@kmelaw.com

                                          /s/Kara S. Rescia
                                          Kara S. Rescia