## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AST) |
| Debtor | ) | |
| | ) | May 9, 2016 |

### APPLICATION TO EMPLOY AUCTIONEER

**TO THE HONORABLE ALAN S. TRUST,** Bankruptcy Judge

The application of Kara S. Rescia, Chapter 7 Trustee, respectfully represents:

1. On January 15, 2010, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. On February 5, 2015, the case was converted to Chapter 7 and the undersigned was duly appointed the Chapter 7 Trustee and is currently serving in that capacity.

2. That a portion of the Debtor's estate consists of various parcels of real estate in Woodbury, Connecticut, consisting of raw land and properties with improvements thereon with mixed commercial and residential use and a mixed commercial and residential property in Wiscasset, Maine as well as a voluminous inventory of antiques which are located in various locations in Woodbury, Connecticut and Wiscasset, Maine (the "Antiques") with an estimated auction value of $200,000.00.

3. That it is in the best interest of the creditors of this estate that the Antiques be sold at a public auction.

4. That The Hamilton Group, LLC is an auctioneer competent to sell the assets of the Debtor and is a disinterested person as that term is defined in 11 U.S.C. § 101 (14) of the Bankruptcy Code and represents no interest adverse to the bankruptcy estate. The Affidavit of Auctioneer is attached hereto as Exhibit "A" and made a part hereof.

5.  In connection with the auction, it will be necessary for the auctioneer to market the public auction through use of internet, signs and advertisements in local area newspapers and periodicals, as well as clerical costs to prepare auction brochure and bidder's packages with anticipated total costs not to exceed $10,000.00. The auctioneer will likely also incur labor and miscellaneous costs of approximately $12,000.00.

6.  In addition to the foregoing expenses, the auctioneer's commission will be paid in accordance with the Local Rule Schedule as applied against the total proceeds received from the auction sale.

7.  The Trustee proposes to pay the costs involved with said auction as well as the auctioneer's commission from the proceeds of the sale of the Antiques.

8.  The auctioneer has purchased a $225,000.00 bond, which will be in effect for the subject sale. A copy of said bond is attached hereto as Exhibit "B".

**WHEREFORE**, Applicant prays that The Hamilton Group, LLC be appointed to sell said Antiques at public auction and that your Applicant have such order and further relief as the Court deems proper and just.

Dated this 9th day of May, 2016.

Respectfully Submitted,

/s/ Kara S. Rescia
Kara S. Rescia, Trustee
Rescia, Katz & Shear, LLP
5104A Bigelow Commons
Enfield, CT 06082
Tel No. (860) 452-0052
Email: kara@ctmalaw.com
Federal Bar No.: CT18001

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AST) |
| Debtor | ) | |
| | ) | , 2016 |

**PROPOSED ORDER AUTHORIZING EMPLOYMENT OF AUCTIONEER**

**CAME ON FOR CONSIDERATION** the Application of Kara S. Rescia, Trustee in the above case, seeking authority to employ The Hamilton Group, LLC as auctioneer to sell property of the estate at the commission set forth in the Local Rules Schedule plus reasonable expenses: and it appearing that said professional is qualified to provide such professional service and does not represent any interest adverse to the estate: it is

**ORDERED**, that Kara S. Rescia, as Trustee, is hereby authorized to employ The Hamilton Group, LLC as auctioneer to sell the Antiques of the bankruptcy estate, and it is further,

**ORDERED**, that said auctioneer shall, after filing its application for compensation and request for reimbursement and after notice and hearing, be awarded compensation plus reimbursement of reasonable expenses to be determined as set forth in the local rules and subject to review and final determination by the Court pursuant to 11 U.S.C. Sections 330 and 331.



EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AST) |
|     Debtor | ) | |
| | ) | May 5, 2016 |

### AFFIDAVIT OF AUCTIONEER

I, **MICHAEL KNUDSEN**, being duly sworn, depose and say:

2. I am a principal in The Hamilton Group, LLC and my business is located at 36 Killingworth Turnpike, Route 81, Clinton, Connecticut.

3. I am making this Affidavit in connection with the Application to Employ Auctioneer which the Trustee is filing in connection with this case.

4. I, **MICHAEL KNUDSEN** have been engaged in the auctioning business for a considerable number of years, and I am an experienced auctioneer who has been approved by the court to serve as an auctioneer in other bankruptcy proceedings then pending in this jurisdiction.

5. My company and any assistants that we may hire have no connection with the debtor, the creditors, or any party in interest, or their respective attorneys, and we represent no interest adverse to the Trustee or the estate in connection with this matter.

Dated at Clinton, Connecticut this 5th day of May, 2016.

                                                          *Michael J. Knudsen*
                                                         MICHAEL KNUDSEN

STATE OF CONNECTICUT   :
                                    :   ss. Clinton
COUNTY OF Middlesex    :

      Personally appeared, Michael Knudsen, signer and sealer of the foregoing affidavit, who made oath to the truth of the statements contained therein, before me.

                                                            *Sherry Leo Hynes*
                                                 Notary Public/~~Commissioner of the Superior Court~~

                                                    **SHERRY LEE HYNES**
                                                     **NOTARY PUBLIC**
                                                **MY COMMISSION EXPIRES**
                                                   **AUGUST 31, 2020**



Bond Number: 0702927

AUCTIONEER BOND

KNOW ALL MEN BY THESE PRESENTS that we, THE HAMILTON GROUP, LLC (hereinafter called Principal), as Principal, and the INTERNATIONAL FIDELITY INSURANCE COMPANY, its home office in Atlanta, Ga 30350 (hereinafter called Surety), as Surety, are held and firmly bound unto the UNITED STATES OF AMERICA (hereinafter called Obligee), in the full and just sum of TWO HUNDRED TWENTY FIVE THOUSAND AND NO/100 ($225,000.00) Dollars, for the payment of which, well and truly to be made, the Principal and Surety hereby bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

NOW THEREFORE, the condition of this obligation is such that if the said Principal shall faithfully account for all money, assets and effects of bankruptcy case, HAROLD E. COLE DBA HAROLD E. COLE ANTIQUES; CASE #10-50091AHWS, in which the Principal is serving as auctioneer, then this obligation to be void; otherwise to remain in full force in effect.

The liability of the Surety hereunder shall not exceed the aggregate sum of TWO HUNDRED TWENTY FIVE THOUSAND AND NO/100 ($225,000.00) Dollars, for all claims asserted against this bond.

This bond shall remain in full force and effect from JULY 1, 2016 to OCTOBER 1, 2016.

SIGNED AND SEALED THIS 9TH day of MAY, 2016.

THE HAMILTON GROUP, LLC

BY: _____

INTERNATIONAL FIDELITY INSURANCE COMPANY

By: _____
Catherine C. Kehoe, Attorney-in-Fact

Tel (973) 624-7200

# POWER OF ATTORNEY
## INTERNATIONAL FIDELITY INSURANCE COMPANY
## ALLEGHENY CASUALTY COMPANY

ONE NEWARK CENTER, 20TH FLOOR NEWARK, NEW JERSEY 07102-5207

**KNOW ALL MEN BY THESE PRESENTS:** That INTERNATIONAL FIDELITY INSURANCE COMPANY, a corporation organized and existing under the laws of the State of New Jersey, and ALLEGHENY CASUALTY COMPANY a corporation organized and existing under the laws of the State of New Jersey, having their principal office in the City of Newark, New Jersey, do hereby constitute and appoint

EMILY G. LAPEYRE, DAVID C. JOSEPH, JESSICA PALMERI, LINDA C. SHEFFIELD,
CONWAY C. MARSHALL, STEPHEN BEAHM, R. TUCKER FITZ-HUGH, CLARK P. FITZ-HUGH,
DARLENE A. BORNT, CATHERINE C. KEHOE, KRISTINE DONOVAN, ELIZABETH K. WRIGHT

New Orleans, LA.

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY and is granted under and by authority of the following resolution adopted by the Board of Directors of INTERNATIONAL FIDELITY INSURANCE COMPANY at a meeting duly held on the 20th day of July, 2010 and by the Board of Directors of ALLEGHENY CASUALTY COMPANY at a meeting duly held on the 15th day of August, 2000:

"RESOLVED, that (1) the President, Vice President, Chief Executive Officer or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto; and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY have each executed and attested these presents on this 31st day of December, 2015.

STATE OF NEW JERSEY
County of Essex

**ROBERT W. MINSTER**
Chief Executive Officer (International Fidelity Insurance Company) and President (Allegheny Casualty Company)

On this 31st day of December 2015, before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is the therein described and authorized officer of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.



IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.

A NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 16, 2019

## CERTIFICATION

I, the undersigned officer of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand this 9th day of May 2016

MARIA BRANCO, Assistant Secretary

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AST) |
| Debtor | ) | |
| | ) | May 9, 2016 |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2016, the Application to Employ Auctioneer, Affidavit of Auctioneer, Proposed Order, and Notice of Hearing was mailed via electronic mail or U.S. Mail to the following parties:

Office of the United States Trustee
Holley Claiborn, Esq.
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Debtor
Harold E. Cole
P.O. Box 310
Woodbury, CT 06798

John A. Lovetere, Executor
of the Estate of Nancy Lovetere
Denise M. Cloutier, Esq.
William C. Franklin, Esq.
Thomas W. Mott, Esq.
Cramer & Anderson, LLP
P.O. Box 278
Litchfield, CT 06759-0278

Counsel to Susan Balutis
David M. S. Shaiken, Esq.
Shipman, Shaiken & Schwefel, LLC
433 South Main Street, Suite 319
West Hartford, CT 06110
david@shipmanlawct.com

Debtor's Counsel
James G. Verrillo, Esq.
Maximino Medina, Jr., Esq.
Zeldes Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601
jverrillo@zmclaw.com

Hunt Leibert Jacobson, P.C.
Linda J. St. Pierre, Esq.
50 Weston Street
Hartford, CT 06120

State of Connecticut, Dept. of Revenue Services
Maria A. Santos
Assistant Attorney General
P.O. Box 120
55 Elm Street, 4th Floor
Hartford, CT 06141-0120
Maria.Santos@ct.gov

Gregg D. Adler, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

United States Internal Revenue Service
Christine Sciarrino
Assistant United States Attorney
U.S. Attorney's Office
915 Lafayette Boulevard, Room 309
Bridgeport, CT 06604

Counsel to Maryellen & Roger Simon
Daniel C. Burns, Esq.
Berdon, Young & Margolis, P.C.
132 Temple Street
New Haven, CT 06510

Counsel to Donna Lee Hamilton Lorrain & Patricia Stauble
Douglas M. Evans, Esq.
Kroll, McNamara, Evans & Delehanty, LLP
65 Memorial Road, Suite 300
West Hartford, CT 06107
bankr@kmelaw.com

Robert Glass
289 Sterling Road
Sterling, CT 06377

Auctioneer
Michael Knudsen
The Hamilton Group, LLC
36 Killingworth Turnpike, Route 81
Clinton, CT 06413

/s/ Kara S. Rescia
Kara S. Rescia