**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AST) |
| Debtor | ) | |
| | ) | July 7, 2016 |

## AMENDED APPLICATION TO EMPLOY AUCTIONEER

**TO THE HONORABLE ALAN S. TRUST,** Bankruptcy Judge

The application of Kara S. Rescia, Chapter 7 Trustee, respectfully represents:

1. On January 15, 2010, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. On February 5, 2015, the case was converted to Chapter 7 and the undersigned was duly appointed the Chapter 7 Trustee and is currently serving in that capacity.

2. That a portion of the Debtor's estate consists of various parcels of real estate in Woodbury, Connecticut, consisting of raw land and properties with improvements thereon with mixed commercial and residential use and a mixed commercial and residential property in Wiscasset, Maine as well as a voluminous inventory of antiques which are located in various locations in Woodbury, Connecticut and Wiscasset, Maine (the "Antiques") with an estimated auction value of $200,000.00.

3. That it is in the best interest of the creditors of this estate that the Antiques be sold at a public auction.

4. On May 9, 2016 the Trustee filed an Application to Employ Auctioneer as Doc Id 601, (the Application").

5. The Application set forth that The Hamilton Group, LLC is an auctioneer competent to sell the assets of the Debtor and is a disinterested person as that term is defined in 11 U.S.C. § 101 (14)

of the Bankruptcy Code and represents no interest adverse to the bankruptcy estate. The Affidavit of Auctioneer is attached to the Application Exhibit "A".

6. Subsequent to filing the Application and in order to fully assess the scope of the employment to sell a voluminous amount of antiques located in various locations, The Hamilton Group, LLC representatives visited the Debtors' location in Maine last week to inspect and photograph the Antiques that had been located in various rooms at the Maine location. Said representatives discovered upon said inspection that the Antiques had been moved into a small space which now make it impracticable to conduct an online auction at that location.

7. As a result, the Trustee along with The Hamilton Group, LLC and discussions with the Debtor and Debtor's counsel have discussed that it would now be best to move the Antiques located in Maine to Connecticut. This will allow, subject to Court approval, for one consolidated sale, both live and online, of the Antiques to be held in Connecticut rather than the original plan of selling the Maine Antiques separately from the Connecticut Antiques as set forth in the Trustee's Expedited Motion for Authority to Sell Property at Public Auction filed on June 17, 2016 as Doc Id. 610. The Trustee will soon be filing an amended pleading related to Doc Id 610 once the revised auction plans have been finalized.

8. Accordingly, the estimated costs of the Auctioneer set forth in paragraph 3 of the Application for labor and miscellaneous costs of approximately $12,000.00 is now estimated to be approximately $21,000.00 due to the additional costs associated with the moving and storage of the voluminous Antiques from Maine to Connecticut.

9. In connection with the auction, it will be necessary for the auctioneer to market the public auction through use of signs and advertisements in local area newspapers and periodicals, as well as clerical costs to prepare auction brochure and bidder's packages with anticipated total costs not

to exceed $10,000.00.

10. In addition to the foregoing expenses, the auctioneer's commission will be paid in accordance with the Local Rule Schedule as applied against the total proceeds received from the auction sale.

11. The Trustee proposes to pay the costs involved with said auction as well as the auctioneer's commission from the proceeds of the sale of the Antiques.

12. The auctioneer has purchased a $250,000.00 bond, which will be in effect for the subject sale. A copy of said bond is attached to the Application as Exhibit "B".

**WHEREFORE**, Applicant prays that The Hamilton Group, LLC be appointed to sell said Antiques at public auction and that your Applicant have such order and further relief as the Court deems proper and just.

Dated this 7th day of July, 2016

Respectfully Submitted,

/s/ Kara S. Rescia
Kara S. Rescia, Trustee
Rescia, Katz & Shear, LLP
5104A Bigelow Commons
Enfield, CT 06082
Tel No. (860) 452-0052
Email: kara@ctmalaw.com
Federal Bar No.: CT18001

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AST) |
| Debtor | ) | |
| | ) | _____, 2016 |

**PROPOSED ORDER AUTHORIZING AMENDED EMPLOYMENT OF AUCTIONEER**

**CAME ON FOR CONSIDERATION** the Application of Kara S. Rescia, Trustee in the above case, seeking authority to employ The Hamilton Group, LLC as auctioneer to sell property of the estate at the commission set forth in the Local Rules Schedule plus reasonable expenses: and it appearing that said professional is qualified to provide such professional service and does not represent any interest adverse to the estate: it is

**ORDERED**, that Kara S. Rescia, as Trustee, is hereby authorized to employ The Hamilton Group, LLC as auctioneer to sell the Antiques of the bankruptcy estate, and it is further,

**ORDERED**, that said auctioneer shall, after filing its application for compensation and request for reimbursement and after notice and hearing, be awarded compensation plus reimbursement of reasonable expenses to be determined as set forth in the local rules and subject to review and final determination by the Court pursuant to 11 U.S.C. Sections 330 and 331.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AST) |
| Debtor | ) | |
| | ) | JULY 7, 2016 |

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 7, 2016, the Amended Application to Employ Auctioneer, was mailed via electronic mail to the following parties:

Office of the United States Trustee
Holley Claiborn, Esq.
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Debtor
Harold E. Cole
P.O. Box 310
Woodbury, CT 06798

John A. Lovetere, Executor
of the Estate of Nancy Lovetere
Denise M. Cloutier, Esq.
William C. Franklin, Esq.
Thomas W. Mott, Esq.
Cramer & Anderson, LLP
P.O. Box 278
Litchfield, CT 06759-0278

Counsel to Susan Balutis
David M. S. Shaiken, Esq.
Shipman, Shaiken & Schwefel, LLC
433 South Main Street, Suite 319
West Hartford, CT 06110
david@shipmanlawct.com

Gregg D. Adler, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

United States Internal Revenue Service
Christine Sciarrino
Assistant United States Attorney
U.S. Attorney's Office
915 Lafayette Boulevard, Room 309
Bridgeport, CT 06604

Debtor's Counsel
James G. Verrillo, Esq.
Maximino Medina, Jr., Esq.
Zeldes Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601
jverrillo@zmclaw.com

Hunt Leibert Jacobson, P.C.
Linda J. St. Pierre, Esq.
50 Weston Street
Hartford, CT 06120

State of Connecticut, Dept. of Revenue Services
Maria A. Santos
Assistant Attorney General
P.O. Box 120
55 Elm Street, 4th Floor
Hartford, CT 06141-0120
Maria.Santos@ct.gov

<u>Counsel to Maryellen & Roger Simon</u>
Daniel C. Burns, Esq.
Berdon, Young & Margolis, P.C.
132 Temple Street
New Haven, CT 06510

<u>Counsel to Donna Lee Hamilton Lorrain & Patricia Stauble</u>
Douglas M. Evans, Esq.
Kroll, McNamara, Evans & Delehanty, LLP
65 Memorial Road, Suite 300
West Hartford, CT 06107
bankr@kmelaw.com

Robert Glass
289 Sterling Road
Sterling, CT 06377

<u>Auctioneer</u>
Michael Knudsen
The Hamilton Group, LLC
36 Killingworth Turnpike, Route 81
Clinton, CT 06413

                                                             /s/ Kara S. Rescia
                                                             Kara S. Rescia