**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AST) |
| Debtor | ) | |
| | ) | |

**ORDER AUTHORIZING AMENDED EMPLOYMENT OF AUCTIONEER**

**CAME ON FOR CONSIDERATION** the Amended Application of Kara S. Rescia, Trustee in the above case, seeking authority to employ The Hamilton Group, LLC as auctioneer to sell property of the estate at the commission set forth in the Local Rules Schedule plus reasonable expenses (Doc Id. 628): and it appearing after a hearing in this matter that said professional is qualified to provide such professional service and does not represent any interest adverse to the estate: it is

**ORDERED**, that Kara S. Rescia, as Trustee, is hereby authorized to employ The Hamilton Group, LLC as auctioneer to sell the Antiques of the bankruptcy estate, and it is further,

**ORDERED,** that the auctioneer's estimated expenses related to advertising and the labor and other expenses of moving the Antiques from locations in Maine and Connecticut, storing the Antiques and conducting a proposed Public Sale of the Antiques are itemized and set forth in detail by the auctioneer in the Auctioneer's Estimate of Expenses filed as Doc. Id. 634 as a supplement to the Amended Application to Employ Auctioneer; and it is further

**ORDERED**, that said auctioneer shall, after filing its application for compensation and request for reimbursement and after notice and hearing, be awarded compensation plus reimbursement of reasonable expenses to be determined as set forth in the local rules and subject to review and final determination by the Court pursuant to 11 U.S.C. Sections 330 and 331.

Dated at Bridgeport, Connecticut this 19th day of July 2016.

By the Court

Honorable Alan S. Trust
United States Bankruptcy Judge