**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(AST) |
| Debtor | ) | |
| | ) | JULY 20, 2016 |

## TRUSTEE'S AMENDED EXPEDITED MOTION FOR AUTHORITY TO SELL PROPERTY AT PUBLIC AUCTION

Now comes Kara S. Rescia, duly appointed and qualified Trustee of the Bankruptcy Estate of Harold E. Cole, and hereby moves this Court, pursuant to 11 U.S.C. Sections 363(b), for an Order authorizing the sale of all of the Debtor's interest in the inventory of antiques he has currently located in various locations in Woodbury, Connecticut and Wiscasset, Maine (collectively the "Antiques") and in support hereof states the following.

1. On January 15, 2010 ("Petition Date"), Harold E. Cole ("Debtor") filed a Voluntary Petition pursuant to the provisions of Chapter 11 of the United States Bankruptcy Code ("Code") with the United States Bankruptcy Court for the District of Connecticut ("Court"). By Order dated February 5, 2015 this case was converted to a Chapter 7 bankruptcy.

2. On February 5, 2015, the Trustee accepted an appointment as Chapter 7 Trustee of the Debtor's Bankruptcy Estate and continues to serve in such capacity.

3. Among the assets of this estate, the Antiques comprise a voluminous inventory of antiques, located in various locations throughout Woodbury, Connecticut and Wiscasset Maine with an estimated auction value of approximately $200,000.00.

4. Over an extended period of time the Debtor sought to consummate a compromise with the Trustee in order to keep the Antiques, however, he was ultimately unable to raise the funds

to do so.

5. On May 9, 2016, the Trustee filed Application to Employ Auctioneer (Doc Id. 601). On July 19, 2016, the Court allowed the Trustee's Application to Employ Auctioneer (Doc Id. 637).

6. Subsequent to filing the Trustee's Expedited Motion For Authority to Sell At Public Auction, (Doc. Id. 610) and in order to fully assess the scope of the employment to sell a voluminous amount of antiques located in various locations, representatives from The Hamilton Group, LLC, (the "Auctioneers") visited the Debtor's location in Maine to inspect and photograph the Antiques that had been located in various rooms at the Maine location. Said representatives discovered upon said inspection that the Antiques had been moved into a small space which now make it impracticable to conduct an online auction at that location.

7. As a result, the Trustee along with The Hamilton Group, LLC and discussions with the Debtor and Debtor's counsel have discussed that it would now be best to move the Antiques located in Maine to Connecticut. This will allow, subject to Court approval, for one consolidated sale, both live and online, of the Antiques to be held in Connecticut rather than the original plan of selling the Maine Antiques separately from the Connecticut Antiques as set forth in the Trustee's Expedited Motion for Authority to Sell Property at Public Auction filed on June 17, 2016 as Doc Id. 610.

8. It is in the best interest of the creditors of this estate that the Antiques be sold at a public auction.

9. Upon the Court's approval, the terms of sale are:

**Start Date and Sale period:**

**Sale:**

The auction sale will be an online and live auction at 36 Killingworth Turnpike (Route 81), Clinton, CT 06413 with online bidding beginning **September 10th and bidding will end on September 11th** and will conclude when the highest bid is received in successive bidding on that day. **Online it will run on** www.invaluable.com.  The item or items can be located on the internet by searching for items being sold by **"The Hamilton Group, LLC"** on the www.invaluable.com website.

**Other Terms and Conditions:**

The Antiques will be sold "as is, where is, with all faults" with no representations or warranties. The highest bid will be accepted by the Trustee.  If the highest bidder, for any reason fails to conclude the sale, the Trustee shall be authorized to proceed to the next highest bid and close with that bidder. Any and all disconnecting, shipping, packaging, insurance or similar removal costs shall be paid by the buyer. Payment accepted by cash, certified check, Visa & MasterCard or money order only.  The Trustee further reserves the right to continue the sale from time to time and from place to place as she deems appropriate.

The Trustee moves that this Court grant relief from the stay imposed under 11 U.S.C. Section 6004(g), so that the sale may take place within ten days of the time this Court grants this Motion.

The Trustee further moves that this Court waive Local Rule 6004-1(a) and (b), which requires that the Trustee file an appraisal with the Court on noon of the day before the sale.  The value of the Antiques can be determined through online searches for similar assets offered for sale.

For the above reasons, the Chapter 7 Trustee respectfully requests that this Court order that she sell the above described Assets upon the terms and conditions set forth herein, and grant such other and further relief as the court may deem appropriate in the circumstances.

Dated this 20th day of July, 2016.

        KARA S. RESCIA, TRUSTEE
        For the Estate of Harold Cole
        BY HER COUNSEL

        /s/Kara S. Rescia, Esq.
        Kara S. Rescia, Esq. Federal Bar No. CT18001
        Elizabeth D. Katz, Esq. Federal Bar No.: CT29196
        Denise M. Shear, Esq. Federal Bar No.: CT29960
        Rescia, Katz & Shear, LLP
        5104A Bigelow Commons
        Enfield, CT 06082
        Tel. No. (860) 452-0052
        kara@ctmalaw.com
        liz@ctmalaw.com
        denise@ctmalaw.com