UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| HAROLD E. COLE, ) | CASE NO. 10-50091 |
|     Debtor ) | |
| ) | FEBRUARY 7, 2017 |

## DEBTOR HAROLD E. COLE'S PRELIMINARY OBJECTION TO TRUSTEE'S APPLICATION TO COMPENSATE AUCTIONEER

Harold E. Cole (the "Debtor"), acting by its counsel Zeldes, Needle & Cooper, P.C., for his preliminary objection to the Trustee's Application to Compensate Auctioneer (the "Motion"; Doc. Id. 753) and without prejudice to his opportunity to present evidence at any evidentiary hearing this Court may schedule on the Motion, hereby respectfully submits the following:

### Procedural History

On July 19, 2016, the Court issued an order granting the Trustee's motion to employ The Hamilton Group, LLC, as auctioneer ("Auctioneer"), and to conduct a public auction of the Debtor's antique collection (the "Antiques").  Doc. Id. 637.  The Motion seeks Court approval of the "usual expenses as well as 'extraordinary expenses' ... of $65,444.52...."

### Summary of Objections

Auctioneer is entitled to fair compensation for work properly performed.  Auctioneer is not, however, entitled to exceed the scope of his retention by grossly inflating the cost to this Estate of expenses that, for the specific reasons set forth below, should not be approved.

### Auctioneer's Retention

Trustee first sought the retention of the Auctioneer on May 9, 2016 (Doc. I.D. 601) but then, on July 7, 2016 filed Trustee's Amended Application To Employ Auctioneer (Doc. I.D. 628) (the "Amended Application").  The Amended Application set forth the Auctioneer's basis for

1

seeking potential compensation greater than that originally submitted. Specifically, paragraph 8 of the Amended Application sought costs of (i) $21,000 (not the original $12,000) for "labor and miscellaneous costs" and (ii) advertising costs not to exceed $10,000. *See also* Estimated Auction Expenses letter dated July 14, 2016 (the "Estimate") attached hereto and made a part hereof as Exhibit "A".

On July 19, 2016 this Court (Trust, J.) granted the Amended Application (Doc. I.D. 637) specifically citing the Auctioneer's submission (Doc. I.D. 634) of an estimated cost of $21,000.

### First Objection

As his first objection, Debtor submits that it is clear from the Motion that the Trustee is willing to allow the Auctioneer to inflate the compensation sought, by a significant amount, by now asking this Court to accept the Auctioneer's mis-characterization of certain basic costs of doing business as reimbursable expenses. Debtor believes that Auctioneer does so because it was disappointed by the results of the auction. However, such disappointment is not a basis for inflating Auctioneer's compensation. Moreover, as he made clear in his December 6, 2016 affidavit and objection, Debtor has consistently maintained that Auctioneer lacked the knowledge of Early American furniture and accessories to maximize the value; that is what produced a disappointing result. See Doc. I.D. 720.

The following are specific examples of costs sought which this Court, for the foregoing reason, should not approve:

Auctioneer's alleged labor costs are overstated. Auctioneer claims reimbursement for labor costs of $25.00 and $50.00 per hour, respectively, when the industry standard ranges from the $8.50 to $15.00 per hour for such labor. The difference is an unjustifiable threshold inflation of labor costs. Indeed, Auctioneer's purported labor costs are "extraordinary" in amount only and not connected to any "unusual facts in this case" or the Debtor's conduct.

## Second Objection

Auctioneer's advertising expenses exceed the maximum set by the Court. The Estimate submitted to the Court by Auctioneer included a "Proposed Advertising Schedule" on the second page along with a statement that the proposed advertising is "Not to Exceed Advertising Budget: $10,000". *See* Exhibit "A". Yet, Auctioneer seeks reimbursement for advertising costs of $13,625.92, an amount over thirty (30%) higher than that stated in the Estimate. Aside from exceeding its advertising cap, the Auctioneer's advertising scheme did not represent an attempt to achieve the highest and best value for the Antiques. Auctioneer's on-line presentation included poor-quality photographs, which in some instances were upside down and did not depict the item being sold.

## Third Objection

Additional items should also not be approved as follows:

    a.    the hall rental cost is excessive as it should have only been needed for two weeks and not a entire month;

    b.    moving expenses are inflated by several hundred dollars;

    c.    the movers damaged various items in transit for which the Estate should receive a credit;

    d.    the unloading of storage is redundant and should already be included in labor costs; and

    c.    storage of items was represented as included in other costs and should not be an additional cost.

Based on the foregoing, the Debtor seeks an order sustaining his objection to the Motion.

THE DEBTOR
HAROLD E. COLE

By: _____/s/_____
    James G. Verrillo (ct08819)
    Michael A. Carbone (ct24425)
    Zeldes, Needle & Cooper, P.C.
    P.O. Box 1740
    1000 Lafayette Blvd.
    Bridgeport, CT. 06601-1740
    Tel: (203)333-9441
    Fax: (203)333-1489
    Email: jverrillo@znclaw.com
    Email: mcarbone@znclaw.com

# **EXHIBIT A**

The Hamilton Group                    APPRAISALS • AUCTIONS • LIQUIDATIONS

July 14th, 2016

Kara S. Rescia, Esq.
Rescia, Katz & Shear, LLP
5104A Bigelow Commons
Enfield, CT 06082


Re: Estimated Auction Expenses –. HAROLD E. COLE
CASE NO. 10-50091(AST)

Dear Ms. Rescia

Please find our proposed advertising and expense budget for conducting the sale of the antiques of the Harold Cole Case. This proposal is based on the request from the debtor and his daughter that they would like to have a well-advertised live auction with online bidding. Because the assets are spread out in two locations Woodbury, CT and Wiscasset Maine there are expenses related to corralling all the assets to a location for a sale, trucking and technical experience in compiling the auction catalogue and photographing the assets. For instance the assets in Maine have been moved since the appraisal was done and put into two small rooms our recent visit proved that it was very time consuming to identify, and catalogue assets onsite, however the time must be taken to insure were picking up the right pieces and not missing any. We expect to have similar issues when dealing with the Woodbury location.

While Mr. Cole has offered to assist with preparing descriptions of the assets and providing the estimates he feels adequate and we will have to take the time to do our research. Cataloging sorting, photographing could take longer and expenses for that category could increase. We will document all the time and efforts we put in to demonstrate any additional expense. In addition these are all based on the cooperation of Mr. Cole.

Please find the estimated expense outlined below.

**The Hamilton Group LLC**                    APPRAISALS • AUCTIONS • LIQUIDATIONS

**$21,000 Labor / Misc. Estimated Expenses**

| | |
|---|---:|
| Maine On 7/1 & 7/2 Trip 3 People Est 48 Hours | $2,500.00 |
| Labor To Move Main Antiques 2 Trucks, 4 People, 3 Days For Cataloguing | $4,000.00 |
| Unload In Clinton For Storage | $800.00 |
| Storage For 60 Days Est | $1,500.00 |
| Pickup Assets Woodbury 2 Trucks, 4 People, 2 Days | $2,000.00 |
| Unload Woodbury Assets In Hall By Crew | $800.00 |
| Hall Rental Estimated At | $3,000.00 |
| Labor Setup To Display, Photograph For Catalog & Catalogue Preparation | $2,000.00 |
| Labor For Sale 2 Days Of Sale Preview 6 Hours Each Day 4 People | $1,400.00 |
| Labor & Staff Day Of Sales 2 Days 8 People Est | $2,500.00 |
| Post Sale Labor, Clean & Meet People For Pickup, 20 Hours | $500.00 |

*Estimated $21,000.00*

**Proposed Advertising Schedule:**
Hartford Courant
Auction Zip
Auction zip Live Listing Fee
Maine Antiques Digest
New London Day
Greenwich Advocate / Stamford
Postcard
Postage
Mail List

*Not Too Exceed Advertising Budget: $10,000*

If you have any questions don't hesitate to call.

*[signature]*

Mike Knudsen, Partner
The Hamilton Group, LLC