**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| HAROLD E. COLE | ) | CASE NO. 10-50091(JAM) |
| Debtor | ) | |
| | ) | RE: ECF NO. 753, 767 |

## AGREED UPON ORDER APPROVING EXPENSES OF AUCTIONEER

Hearings were held on February 14, 2017, and February 28, 2017, on the Chapter 7 Trustee's (the "Trustee"), Application to Compensate Auctioneer (the "Application to Compensate", ECF No. 753). After consideration of the Application to Compensate, and any objections, and finding that said fees and expenses are reasonable and necessary and are beneficial to the bankruptcy estate, based on the totality of the facts and circumstances in this case, and having entered an Order dated February 14, 2017, approving compensation of the Auctioneer in the amount of $11,764.00 (ECF No. 767), and in consideration of the Auctioneer, the bankruptcy estate, and the Debtor resolving the issues regarding expenses set forth on the record during the hearing held on February 28, 2017, it is hereby

**ORDERED:** Upon the entry of this Order, the Trustee is authorized to pay the sum of $60,444.52, subject to adjustment and disgorgement, to The Hamilton Group, LLC, for reimbursement of its expenses in connection with the public auction sale of certain Antiques located at the Debtor's several locations in Woodbury, Connecticut, and in Wiscasset, Maine, specifically not including the Debtor's, so-called, Personal Collection, which were among the assets of the Debtor's bankruptcy estate (collectively the "Antiques"). In consideration of the settlement of the amount to be paid to the Auctioneer, the Debtor specifically waives all rights to appeal the entry of this Order.

THE UNITED STATES TRUSTEE

By _____/s/_____
      Holley L. Claiborn, Esq.
      Office of The United States Trustee
      The Giaimo Federal Building
      150 Court Street, Room 302
      New Haven, CT 06510


THE CHAPTER 7 TRUSTEE

By    /s/ Kara S. Rescia_____
      Kara S. Rescia, Esq.
      Rescia, Katz &Shear, LLP
      5104A Bigelow Commons
      Enfield, CT 06082


HAROLD E. COLE
DEBTOR

By _____/s/_____
      Maximino Medina, Jr.
      Zeldes Needle & Cooper
      1000 Lafayette Boulevard
      P.O. Box 1740
      Bridgeport, CT 06601


DATED: \_\_March 10, 2017\_\_\_\_\_

*Julie A. Manning*
*Chief United States Bankruptcy Judge*
*District of Connecticut*