**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| HAROLD E. COLE, | ) | CASE NO. 10-50091-JAM |
|     Debtor | ) | RE: ECF 930 |
| | ) | |
| | ) | |

## ORDER ON MOTION TO WITHDRAW APPEARANCE

For reasons set forth on the record during the August 6, 2019 hearing before this Court, the July 31, 2019 (Doc. ID. 930) Motion to Withdraw Appearance as Attorney Filed by Maximino Medina, Jr. on behalf of Zeldes, Needle & Cooper, P.C. for the Debtor Harold E. Cole ("Debtor") is hereby granted and the representation of the Debtor by Zeldes, Needle & Cooper, P.C. including the appearances of James G. Verrillo and Maximino Medina, Jr. is hereby terminated.

Dated at Bridgeport, Connecticut this 7th day of August, 2019.

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut