**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| HAROLD E. COLE ) | CASE NO. 10-50091(JAM) |
| ____Debtor____ ) | |
| | RE: ECF NO. 1076 |

**ORDER GRANTING EXPEDITED MOTION TO COMPEL DEBTOR AND DEBTOR'S AGENTS TO COOPERATE WITH ADMINSTRATION OF THE ESTATE**

Whereas, upon consideration of the Trustee's Expedited Motion to Compel Debtor and Debtor's Agents to Cooperate with Administration of the Estate (Doc. Id. 1076) (the "2020 Motion to Compel") and the Debtor's Objection to the 2020 Motion to Compel (Doc. Id. 1078), after notice and a hearing held on August 3, 2020, it is hereby

**ORDERED** that on or before 4:00 p.m. on August 4, 2020, the Debtor or his authorized agent shall deliver to the Debtor's counsel, Attorney Neal Rogan, the keys to both storage units located at 519 Gardiner Road, Wiscasset, Maine (the "Maine Site") and on or before 5:00 p.m. on August 4, 2020, Attorney Rogan shall deliver said keys to the Auctioneer or its agent; and it is further

**ORDERED** the Debtor or his authorized agent shall provide Attorney Rogan with the exact location within the Maine Site of the two storage units which contain the Remaining Assets so the Auctioneer is able to accurately identify said storage units and Attorney Rogan shall provide said description to the Auctioneer or its agent upon delivery of the keys; and it is further

**ORDERED** that the Auctioneer, with the consent of the Debtor, has the authority to cut any padlock securing the two storage units at the Maine Site that is unable to be removed with the keys provided by the Debtor or his authorized agent and that the Debtor or his authorized agent shall, at the Debtor's expense, provide Attorney Rogan with a bolt cutter and two new padlocks to re-secure any storage unit accessed in this manner, which Attorney Rogan shall deliver to the

Auctioneer or its agent upon delivery of the keys; and it is further

**ORDERED** that the Auctioneer and its agents shall go to the Maine Site on Friday, August 7, 2020 and Saturday, August 8, 2020, if necessary, and is authorized to photograph and/or video the contents of the storage units and specifically photograph each one of the Remaining Assets which the Auctioneer determines is saleable and is further authorized to transport said Remaining Assets to a storage location controlled by the Auctioneer until a further ruling by this Court; and it is further

**ORDERED** that the Auctioneer and its agents shall go to the location known as 27 Middle Quarter Road, Woodbury, Connecticut (the "Connecticut Site") on Wednesday, August 5, 2020, Sunday, August 9, 2020, and Monday, August 10, 2020, if necessary, and is authorized to photograph and/or video the contents of the workshop, red barn, and the items from the Debtor's residence and specifically photograph each one of the Remaining Assets which the Auctioneer determines is saleable and is further authorized to transport said Remaining Assets to a storage location controlled by the Auctioneer until a further ruling by this Court; and it is further

**ORDERED** that the Auctioneer shall have ten (10) days after the completion of the removal of the selected Remaining Assets from the Maine Site and the Connecticut Site to compile an itemized list of each of the selected Remaining Assets and provide said list along with a corresponding photograph for each selected Remaining Asset to the Trustee, who will immediately file said list with photographs with the Court and provide same to Attorney Rogan; and it is further

**ORDERED** that on or before 4:00 p.m. on September 9, 2020, Attorney Rogan shall file on behalf of the Debtor a list of selected Remaining Assets that the Debtor disputes are property of the bankruptcy estate with the evidence the Debtor asserts proves said items are not property of the bankruptcy estate.

Dated at Bridgeport, Connecticut this 4th day of August, 2020.



*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut