**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) |  |
| HAROLD E. COLE ) | CASE NO. 10-50091 (JAM) |
| Debtor ) |  |
| ) | FEBRUARY 11, 2021 |

**DEBTOR'S MOTION FOR LEAVE OF COURT TO FILE A CIVIL ACTION AGAINST CHAPTER 7 BANKRUPTCY TRUSTEE**

TO THE HONORABLE JULIE A. MANNING, Chief Bankruptcy Judge:

Now comes Harold E. Cole, the Debtor in the above-captioned matter (the "Debtor"), by and through his undersigned counsel, and respectfully moves for leave of Court to file a civil action against the Chapter 7 Bankruptcy Trustee in this matter. Attached hereto is the proposed civil action, which is returnable to the State of Connecticut Superior Court, Judicial District of Litchfield at Litchfield.

**WHEREFORE**, Applicant prays that this Court grants leave to file the proposed civil action as aforesaid.

Harold E. Cole

By:   /s/ Neal P. Rogan
Neal P. Rogan (ct13602)
Law Offices of Neal Rogan, LLC
315 Post Road West
Westport, CT 06880
(t) (203) 341-8783
(f) (203) 341-8560 fax
neal@nealrogan.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HAROLD E. COLE | ) | CASE NO: 10-50091 (JAM) |
|     Debtor | ) | |
| | ) | FEBRUARY 11, 2021 |

**<u>PROPOSED ORDER</u>**

Upon the Debtor's Motion for Leave to File a Civil Action Against Chapter 7 Bankruptcy Trustee after notice and hearing, it is hereby:

**ORDERED**, that the Debtor's Motion for Leave to File a Civil Action Against Chapter 7 Bankruptcy Trustee is granted.

                                                        Harold E. Cole

By:   /s/ Neal P. Rogan
        Neal P. Rogan (ct13602)
        Law Offices of Neal Rogan, LLC
        315 Post Road West
        Westport, CT 06880
        (t) (203) 341-8783
        (f) (203) 341-8560 fax
        neal@nealrogan.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| HAROLD E. COLE ) | CASE NO. 10-50091 (JAM) |
| Debtor ) | |
| ) | FEBRUARY 11, 2021 |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on February 11, 2021 in accordance with Rules 7004, 7005, and 9014 F.R. Bank. P., I served the Debtor's Motion for Leave to File a Civil Action Against Chapter 7 Bankruptcy Trustee with Proposed Order and the proposed civil action on the parties listed below via electronic mail or U.S. Postal Mail:

Debtor
Harold E. Cole
P.O. Box 310
Woodbury, CT 06798

Margaret Heminway
1714 Ebb Drive
Wilmington, NC 28409

Kara S. Rescia, Esq.
Paige Vaillancourt, Esq.
Rescia Law, P.C.
5104A Bigelow Commons
Enfield, CT 06082

Office of the United States Trustee
Giaimo Federal Building
150 Court Street
Room 302
New Haven, CT 06510

Art Pappas
P.O. Box 335
Woodbury, CT 06798

Counsel to Susan Balutis
David M. S. Shaiken, Esq.
Shipman, Shaiken & Schwefel, LLC
433 South Main Street
Suite 319
West Hartford, CT 06110
david@shipmanlawct.com

Counsel to Donna Lee Hamilton
Lorrain & Patricia Stauble
Gregory F. Arcaro, Esq.
garcaro@grafsteinlaw.com,

Counsel to Henry Hart
Anita C. DiGioia, Esq.
acd@digiolaw.com

Gregg D. Adler, Esq.
Livingston, Adler, Pilda, Meiklejohnn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

State of Connecticut Department of Revenue Services
Maria A. Santos
Assistant Attorney General
P.O. Box 120
55 Elm Street, 4th Floor
Hartford, CT 06141-0120
Maria.santos@ct.gov

Counsel to US Bank Trust, NA
Stephanie Emma Babin, Esq.
sbabin@sassoncymrot.com
Aaron A. Fredericks, Esq.
afrederics@sassooneymrot.com

HSBC Bank, USA NA
Tracy F. Allen, Esq.
bkecf@bmpc-law.com

Counsel to BTJ, Inc.
Douglas J. Lewis,
Esq.
Lewisdouglas74@yahoo.com

<u>John A. Lovetere, Executor of the Estate of Nancy Lovetere</u>

Denise M. Cloutier, Esq.
William C. Franklin,
Esq. Thomas W. Mott,
Esq.
tmott@lmzlegal.com
Cramer & Anderson, LLP
P.O. Box 278
Litchfield, CT 06759-0278

<u>Counsel to Maryellen & Roger Simon</u>
Stuart A. Margolis Esq.
Pasquale Young, Esq.
Daniel C. Burns, Esq.
Berdon, Young & Margolis,
P.C. 132 Temple Street
New Haven, CT 06510

<u>United States Internal Revenue Service</u>
Christine Sciarrino, Assistant United States Attorney
U.S. Attorney's Office
915 Lafayette Boulevard, Room 309
Bridgeport, CT 06604

Eliot Field,
Esq.
11 Summer Street
P.O. Box 583
Wiscasset, ME 04578-0583

Town of Bethlehem

P.O. Box 160
Bethlehem, CT 06751

<u>Counsel to Town of Woodbury</u>
Thomas A. Kaelin
tkaelin@kaelinlaw.com

Hunt Leibert Jacobson, P.C.

Linda St. Pierre, Esq.
Linda.St.Pierre@mccalla.com
50 Weston Street
Hartford, CT 06120

<u>/s/ Neal P. Rogan</u>
Neal P. Rogan, Esq.